GREGORY A. BROWER
United States Attorney
District of Nevada
ROGER W. WENTHE
Nevada Bar No. 8920
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the United States.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:06-cv-253-KJD-LRL |
| | ) |
| GAVIN AWERBUCH, M.D.; et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, the United States of America, by its undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action with prejudice. No opposing party has filed an answer or motion in this matter.

Respectfully submitted this 27th day of January, 2010.

            GREGORY A. BROWER
            United States Attorney

          By  /s/ Roger Wenthe
            ROGER W. WENTHE
            Assistant United States Attorney